In the Matter of LINDA S., Appellant, v WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent.

Submitted August 17, 2009; decided October 22, 2009

Reported below, 63 AD3d 1164.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of Family Court's order as dismissed the petition, denied; motion, insofar as it seeks leave to appeal from another part of the Appellate Division order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

In the Matter of NIKKI O., Respondent, v WILLIAM N., Appellant. (And Two Other Related Proceedings.)

Submitted August 10, 2009; decided October 22, 2009

Reported below, 64 AD3d 938.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MOHAMED KADRY, Respondent.

Submitted October 19, 2009; decided October 22, 2009

Reported below, 63 AD3d 856.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.